**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Robert Wayne Kerner, | Case No.: 2:23-cv-01872-JAD-MDC |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation to Deny Motion for Leave to File Fourth Amended Complaint** |
| United States of America, et al., | |
| Defendants | [ECF Nos. 127, 128, 132] |

Pro se plaintiff Robert Wayne Kerner sues the United States for medical malpractice, alleging that he was misdiagnosed and mistreated at the Department of Veterans Affairs Medical Center in North Las Vegas, Nevada. On April 24, 2026, the magistrate judge issued a report and recommendation to deny Kerner's pending motions to amend his complaint, which were filed long after the deadlines to do so passed.[1] The deadline for Kerner to object to that recommendation was May 8, 2026, and he filed no objection and did not ask to extend the deadline to do so. "District judges must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."[2]

Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the report and recommendation **[ECF No. 132] is adopted in full, and Kerner's motions for leave to file a fourth amended complaint [ECF Nos. 127, 128] are DENIED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 12, 2026

---

[1] ECF No. 132.

[2] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (cleaned up) (emphasis omitted).